

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00202-CV

**IN RE** Nasser **NAKISSA** and Estrella Medical Masters, LTD.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed:  April 15, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 7, 2015, relators Nasser Nakissa and Estrella Medical Masters, LTD. filed a petition for writ of mandamus with a motion for immediate temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for immediate temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI00124, styled *Nasser Nakissa and Estrella Medical Masters, LTD. v. Laura Felix Cortez, AR Coley, LLC and Coley Mortgage Investments, Inc.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.